IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

*STATE FARM FIRE & CASUALTY*
*COMPANY,*           )
                     )
                     )
          Plaintiff, )
                     )
v.                   )          Case No. 8:13CV138
                     )
*TOSHIBA AMERICA INFORMATION*   )
*SYSTEMS, INC. and PANASONIC*   )
*CORPORATION OF NORTH*          )
*AMERICA,*           )
                     )
          Defendants. )
                     )

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE AS TO PANASONIC CORPORATION OF NORTH AMERICA

Upon motion of the parties and filing of the Stipulation of Dismissal as to Panasonic

Corporation of North America without prejudice and due notice having been given to the parties

and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT the above-captioned cause is hereby dismissed

without prejudice as to Defendant Panasonic Corporation of North America with each party to

bear its own costs.

DATED this 13th day of September, 2013.

BY THE COURT:


s/ Joseph F. Bataillon_____
United States District Judge