IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY,** | |
| Plaintiff, | 8:13CV138 |
| vs. | ORDER |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC., and MATSUCHITA ELECTRIC CO. LTD.,** | |
| Defendants. | |

This matter is before the court after a telephone conference on June 19, 2015, with counsel for the parties. Joel M. Carney represented the plaintiff, Michael S. Degan represented Toshiba America Information Systems, Inc., and Jonathan T. Barton represented Matsushita Electric Co. Ltd. Upon consideration, the parties shall mediate their dispute in accordance with the following schedule.

**IT IS ORDERED**:

1.  **On or before September 4, 2015**, counsel for the plaintiff shall file a status report regarding the success of a meditation session.

2.  The matter shall not be stayed pending mediation.

Dated this 19th day of June, 2015.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge