# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STATE FARM FIRE & CASUALTY COMPANY,** | |
| Plaintiff, | **8:13CV138** |
| vs. | **ORDER** |
| **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.** and **MATSUSHITA ELECTRIC ELECTRICAL CO. LTD.,** | |
| Defendants. | |

This matter is before the court upon the defendant's, Toshiba America Information Systems, Inc. (TAIS), submission of documents (the Quanta documents) for *in camera* review in accordance with the court's August 11, 2015, Order (Filing No. 62). Upon review of the redacted Quanta documents, the court finds the redactions are appropriate and orders TAIS to produce such redacted documents to the defendant, Matsushita Electric Industrial Company, Co. Ltd., **on or before August 28, 2015**.

**IT IS SO ORDERED**.

Dated this 19th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge