# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) ) | CASE NO.: 8:13-CV-00138 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| TOSHIBA AMERICA INFORMATION SYSTEMS, INC. and MATSUSHITA ELECTRIC ELECTRICAL CO. LTD., | ) ) ) ) | |
| Defendants. | ) | |

This matter came before the Court upon the Plaintiff's Notice of Dismissal with Prejudice. The Court being fully advised in the premises find that the Order should be issued.

IT IS THEREFORE ORDERED that the above matter is hereby dismissed with prejudice on this 31st day of March, 2017.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge